### MULLING *v.* THE STATE.

EVANS, P. J. The question propounded by the Court of Appeals in this case is substantially the same as that considered by this court in *Deal* v. *State,* ante, 33 (88 S. E. 573), and is controlled by the rulings therein made.                .                *All the Justices concur.*

APRIL 11, 1916.

Certified question; from Court of Appeals (Case 6335).

*Hines & Jordan* and *A. R. Wright,* for plaintiff in error.

*R. Lee Moore,* solicitor-general, and *Evans & Evans,* contra.